DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELENA WHITBY** a/k/a **JENNIFER ROSS, JAMES CRYSTAL HOLDINGS, INC., JAMES CRYSTAL LICENSES, LLC,** and **JAMES CRYSTAL ENTERPRISES, LLC,**
Appellants,

v.

**CBS RADIO STATIONS, INC,** f/k/a
**INFINITY RADIO, INC.,** a Delaware corporation,
Appellee.

No. 4D17-1717

[April 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward L. Artau, Judge; L.T. Case No. 50-2000-CA-009360-XX0 CAF.

Robert G. Haile, Jr. of Haile, Shaw & Pfaffenberger, P.A., North Palm Beach, for appellants.

Alan Rosenthal and Natalie J. Carlos of Carlton Fields, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***